

# NUMBER 13-13-00071-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**VICTOR HAMILTON,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

## On appeal from 361st District Court
## of Brazos County, Texas.

# ORDER

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

Appellant, Victor Hamilton, filed an appeal from a judgment entered by the 361st

District Court of Brazos County, Texas, in cause number 09-02517-CRF-361.[1]    On

March 21, 2013, this appeal was abated for purposes of determining whether appellant is

---

[1] This case is before the Court on transfer from the Ninth Court of Appeals in Beaumont pursuant to a docket equalization order issued by the Supreme Court of Texas.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).

entitled to appointed counsel on appeal.   The trial court found that the appellant is not indigent and, thus, is not entitled to court-appointed counsel or a free appellate record.

Appellant has filed an appeal from the trial court's denial of indigence.   The appellate record relevant to appellant's indigence claim was provided to appellant on September 17, 2013.

This cause is before the Court on appellant's second motion for extension of time to file the brief.   This Court has previously granted appellant an extension until November 14, 2013, for the filing of appellant's brief.   Appellant is requesting an additional 90 days to file his brief.

The Court GRANTS IN PART and DENIES IN PART appellant's second motion for extension of time.   This motion is GRANTED insofar as the Court will extend appellant's deadline to file his brief until January 21, 2014.   This motion is DENIED insofar as the Court will not allow an extension until February 12, 2014.   Appellant is hereby ORDERED to file the appellate brief with this Court on or before January 21, 2014.   NO FURTHER EXTENSIONS WILL BE GRANTED IN THIS MATTER.   If appellant fails to file the brief within the foregoing specified period of time, the Court will consider the appeal without briefs.   See Tex. R. App. P. 37.3(c), 38.8(b)(4).

It is so ORDERED.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
20th day of December, 2013.